HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:22-CR-00050-JLT |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) |
| BIANCA MONIQUE ASTROGA, | ) |
| Defendant, | ) |

Defendant, Bianca Monique Astroga, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Ms. Astroga submits the attached Financial Affidavit as evidence of her inability to retain counsel. On May 4, 2022, a Petition for Violation of Supervised Release was filed, and a summons has issued for Ms. Astroga's initial appearance on May 13, 2022.

After reviewing her Financial Affidavit it is respectfully recommended that CJA panel counsel Adilene Flores-Estrada be promptly appointed *nunc pro tunc* as of May 5, 2022 to facilitate her appearance.

DATED: May 5, 2022                          */s/ Eric V. Kersten*
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Adilene Flores-Estrada *nunc pro tunc* as of May 5, 2022 pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **May 5, 2022**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE